UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA DIGIOVANNI,

                                    Plaintiff,

        -v-                                                         CIVIL ACTION NO. 26 Civ. 4244 (VSB) (SLC)

                                                                    **ORDER**

CANAM ENTERPRISES, L.P., et al.,

                                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 5).  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants CanAm Enterprises, L.P. ("CanAm"), Tom Rosenfeld ("Rosenfeld"), and Christine Chen ("Chen") (together, "Defendants") to respond to the complaint (Dkt. No. 1 (the "Complaint")) was June 24, 2026.  (See Dkt. Nos. 7–9).[1]  See also Fed. R. Civ. P. 12(a)(1)(A)(i).  To date, Defendants have not responded to the Complaint.  As a one-time courtesy, the Court sua sponte **EXTENDS** Defendants' deadline to respond to the Complaint to **July 13, 2026**.

**DEFENDANTS ARE WARNED THAT FAILURE TO RESPOND TO THE COMPLAINT BY JULY 13, 2026 MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST THEM**.

The Clerk of Court is respectfully directed to mail a copy of this Order to:

---

[1] CanAM is put on notice that, as a corporate entity, it must appear through counsel in this action, and cannot proceed pro se.  See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202–03 (1993) (noting that courts do not allow partnerships, corporations, or associations to appear in court without an licensed attorney) (collecting cases); Kenyatta v. City of New York, No. 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. July 16, 2025) ("a partnership . . . must appear through licensed counsel").

1.  Defendant CanAm Enterprises, L.P., 48 Wall Street, 24th Floor, New York, NY 10005;

2.  Defendant Tom Rosenfeld at 48 Wall Street, 24th Floor, New York, NY 10005; and

3.  Defendant Christine Chen at 48 Wall Street, 24th Floor, New York, NY 10005.

Dated:      New York, New York          SO ORDERED.
            June 29, 2026

SARAH L. CAVE
**United States Magistrate Judge**

2