UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA DIGIOVANNI,

Plaintiff,

-v-

CANAM ENTERPRISES, L.P., et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 4244 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties have scheduled a mediation conference to take place on September 29, 2026 (the "Mediation") with the Court annexed mediation program. (Dkt. entry dated Sept. 25, 2026). Pursuant to the Court's Order at Dkt. No. 17, the parties are required to file a joint letter by October 30, 2026 (the "Letter") setting forth the status of discovery and any ripe discovery issues. (Dkt. No. 17). Given the upcoming Mediation, the deadline for the parties to file the Letter is **EXPEDITED** to **October 6, 2026**. In the Letter, the parties shall update the Court on the status of settlement discussions following the Mediation. If the case has not settled, the parties shall set forth the status of discovery and any discovery issues ripe for the Court's attention.

The Court reminds the parties that the next telephonic status conference is scheduled for **November 4, 2026 at 10:00 a.m. ET** on the Court's conference line. (Dkt. No. 17). The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 25, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**